IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| GEORGE ENNENGA, as Father and Next Friend of INDIA ENNENGA, a minor, | AT LAW |
| Plaintiff, | No. 06 C 50117 |
| vs. | |
| LOWELL W. STORTZ, LEONARD, STREET AND DEINARD, P.A., and WOODRUFF A. BURT, | |
| Defendants. | **MOTION FOR SUMMARY JUDGMENT** |

NOW COMES the Defendant, WOODRUFF A. BURT, by his attorneys, MATEER & ASSOCIATES, and moves this Court for entry of an order granting summary judgment pursuant to Federal Rules of Civil Procedure 56 for the reason that there is on genuine issue as to any material fact and, therefore, the Defendant is entitled to judgment as a matter of law. In support of said motion filed herein, are:

1) deposition transcripts of Lowell Stortz and Woodruff Burt;

2) copy of Paragraph 8.B.2.c. of the Thomas Ennenga Revocable Trust Agreement dated August 9, 2000;

3) copy of the Answer to Interrogatory No. 1, Plaintiff's Answers to Defendant's Second Set of Interrogatories;

4) a Supporting Memorandum of Law and

5) a Statement of Material Facts.

WOODRUFF A. BURT, Defendant

BY: MATEER & ASSOCIATES
His Attorneys

BY: _____
DON M. MATEER